UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stewart M. Smith,

                Plaintiff,

    -against-

AECOM Tishman et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2021

1:21-cv-02915 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been assigned to me for general pretrial management. (ECF No. 7.) The parties (or, if no defendants have appeared in the case, only the plaintiff) shall appear for a telephone conference on Tuesday, September 14, 2021 at 3:00 p.m. to discuss the status of this case. Plaintiff shall be prepared to discuss any efforts made to serve Defendants with the Complaint. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

    The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               August 27, 2021

_____
STEWART D. AARON
United States Magistrate Judge