UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stewart M. Smith,

                      Plaintiff,

     -against-

AECOM Tishman et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2021

1:21-cv-02915 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, Plaintiff, proceeding *pro se*, filed the Complaint in this action on April 3, 2021 (Compl., ECF No. 1); and

    WHEREAS, on July 6, 20212, District Judge Gardephe entered an Order of Service directing the Clerk of Court to issue summonses as to each defendant and directing Plaintiff to serve a summons and the Complaint on each defendant within 90 days of the issuance of the summonses and advising Plaintiff that failure to do so, or to seek an extension of time, may result in the dismissal of his case for failure to prosecute; and

    WHEREAS, on July 6, 2021, the Clerk of Court issued the summonses; and

    WHEREAS, on July 6, 2021, Judge Gardephe referred this action to me for general pretrial purposes; and

    WHEREAS, on September 14, 2021, I held a telephone conference, for which only Plaintiff appeared, to discuss the status of service; and

    WHEREAS, during the September 14, 2021 telephone conference, I reminded Plaintiff that the deadline to serve defendants was October 4, 2021 (90 days from the date the summonses were issued) and Plaintiff indicated that he would seek an extension of that deadline; and

WHEREAS, as of the date of this Order, Plaintiff has not sought any extension.

NOW, THEREFORE, it is hereby Ordered that no later than Tuesday, October 12, 2021, Plaintiff shall file a letter indicating whether he has served each defendant with a summons and Complaint and, if not, setting forth good cause for his failure to do so.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
          October 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge