```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stewart M. Smith,

                              Plaintiff,

       -against-

AECOM Tishman et al.,

                            Defendants.

1:21-cv-02915 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Plaintiff's request for an extension of time to serve the individual defendants with the Complaint (*see* Letter, ECF No. 24) is GRANTED. *See* Fed. R. Civ. P. 4(m); *see also Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir. 2007) (district courts have discretion to grant extensions of service period). The deadline for Plaintiff to serve is extended until February 14, 2022.

It is further Ordered that the parties are directed to appear for a telephone conference on Wednesday, January 5, 2022, at 3:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. During the conference, counsel for Defendant Tishman shall be prepared to discuss whether they expect to represent any of the individual defendants and the content of a proposed confidentiality order with respect to the last known addresses of the individual defendants. (*See* Def. Tishman's Letter, ECF No. 25.)

**SO ORDERED.**

DATED: New York, New York
December 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge