```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stewart M. Smith,

                Plaintiff,

-against-

AECOM Tishman et al.,

                Defendants.

1:21-cv-02915 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than January 12, 2022, counsel for Defendant Tishman shall file a letter confirming that they will be representing the three individual defendants and that they are authorized to accept service on their behalf. If counsel is authorized to accept service, Plaintiff shall serve upon the individual defendants the summons and Complaint via email to counsel no later than January 19, 2022.

2. The motion to dismiss filed by Defendant Tishman on December 30, 2021 (ECF No. 28) is deemed withdrawn. The deadline for Defendant Tishman to respond to the Complaint is extended until January 26, 2022 for the purpose of allowing all defendants to file a single consolidated response.

3. The deadline for all defendants to file their anticipated motion to dismiss is January 26, 2022. Plaintiff shall file his opposition no later than February 28, 2022 and Defendants shall file any reply no later than March 18, 2022. No later than March 25, 2022, the parties shall file a joint letter advising the Court as to whether any party requests oral argument.

Plaintiff is reminded that that there is a legal clinic in this District to assist individual parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. Due to COVID-19, the Clinic currently is providing assistance only by appointment and only over the telephone. An unrepresented party can make an appointment by filling out the intake form on the Court's website, *see* https://nysd.uscourts.gov/attorney/legal-assistance, or by calling 212-659-6190 and leaving a message.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff and to terminate the motion at ECF No. 28.

**SO ORDERED.**

Dated:   New York, New York
         January 5, 2022

_____
STEWART D. AARON
United States Magistrate Judge