UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stewart M. Smith,

                          Plaintiff,

-against-

AECOM Tishman et al.,

                          Defendants.

1:21-cv-02915 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than February 22, 2022, Defendants shall file their anticipated motion to dismiss, including any motion by the individual defendants to dismiss pursuant to Federal Rule of Civil Procedure 4(m) and/or 12(b)(5). (*See* Letter, ECF No. 35.)

2. Plaintiff shall file his opposition no later than April 22, 2022.

3. Defendants shall file any reply no later than May 13, 2022.

4. No later than May 20, 2022, the parties shall file a joint letter advising the Court as to whether any party requests oral argument.

**SO ORDERED.**

Dated:      New York, New York
             February 9, 2022

_____
STEWART D. AARON
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2022