```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stewart M. Smith,

                Plaintiff,

-against-

AECOM Tishman et al.,

                Defendants.

1:21-cv-02915 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on June 15, 2023, Plaintiff filed a motion to amend the Complaint, which included a proposed Amended Complaint (*see* Mot. to Amend, ECF No. 58); and

WHEREAS, on July 31, 2023, Defendants filed a response to Plaintiff's motion, which actually is an Answer to Plaintiff's proposed Amended Complaint (*see* Response, ECF No. 62).

NOW, THEREFORE, IT IS HEREBY ORDERED THAT Plaintiff's motion to amend is GRANTED.[1] The Clerk of Court is respectfully requested to file ECF No. 58 as a new docket entry titled Amended Complaint[2] and to file ECF No. 62 as a subsequent docket entry titled Answer.

**SO ORDERED.**

Dated:    New York, New York
            August 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] A magistrate judge's grant of a motion to amend a complaint is generally considered non-dispositive. *See Antipova v. Caremount Med. P.C.*, No. 21-CV-07453 (JPC) (BCM), 2022 WL 17820862, at *2 (S.D.N.Y. June 16, 2022) (citing cases).

[2] The Court agrees with Defendants that the "timeline" portion of ECF No. 51 is not part of the Amended Complaint, which begins following the heading "Exhibit A." (*See* ECF No. 51 at 1-2.)