```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stewart M. Smith,

                              Plaintiff,

      -against-

AECOM Tishman et al.,

                            Defendants.

1:21-cv-02915 (AS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the parties shall file a joint letter regarding the status of discovery on January 24, 2024.

SO ORDERED.

Dated:     New York, New York
            November 22, 2023

_____
STEWART D. AARON
United States Magistrate Judge