UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEWART M. SMITH,<br><br>                        Plaintiff,<br><br>-against-<br><br>AECOM TISHMAN, et al.,<br><br>                        Defendants. | 21-CV-2915 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Discovery in this case is due by May 24, 2024. By June 7, 2024, Stewart Smith and the principal decisionmakers for all defendants, along with their counsel, should meet and confer in person for no less than one hour in an attempt to resolve this case. The parties should file a joint letter on June 8, 2024, confirming their compliance with this order. If there is already an upcoming in-person mediation scheduled, the parties may disregard this order.

    SO ORDERED.

Dated: May 3, 2024
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge