**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
STEWART M. SMITH,

                     Plaintiffs,

      -against-                                      21 **CIVIL** 2915 (AS)

                                                  **JUDGMENT**

AECOM TISHMAN and TISHMAN
CONSTRUCTION CORPORATION,

                     Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 4, 2025, Tishman's motion for summary judgment is GRANTED with respect to the ADA claims. Smith's contract claim is dismissed without prejudice. All pending motions are moot; accordingly, the case is closed.

**Dated:**  New York, New York

       March 4, 2025

                                                       **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                      **BY:**                  *K. Mango*

                                                          **Deputy Clerk**